UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | Cause No. | 1:10-cr-3-SEB-MJD |
| | ) | | |
| KENNETH JONES, | ) | | - 06 |
| | ) | | |
| Defendant. | ) | | |

## REPORT AND RECOMMENDATION

On January 30, 2023, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on December 30, 2022.  Defendant appeared in person with his appointed FCD counsel, Leslie Wine.  The government appeared by Michelle Brady, Assistant United States Attorney.  U. S. Parole and Probation appeared by Officer Troy Adamson.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant of his rights and provided him with a copy of the petition.  Defendant orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant admitted violation number 1. [Docket No. 1667]

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"The defendant shall refrain from any unlawful use of a controlled substance."** |

On December 12, 2022, Mr. Jones submitted a urine sample which tested positive for cocaine. On December 14, 2022, he submitted another urine sample which tested positive for marijuana and cocaine. Prior to submitting to the December 14, 2022, test, he admitted recently consuming marijuana edibles. When later confronted with the positive cocaine results of both tests, he admitted using the substance. As previously reported to the Court, Mr. Jones submitted urine samples which tested positive for cocaine on June 17, and February 28, 2022, and February 25, 2020. When confronted with these positive results, he admitted using the substance.

4. The parties stipulated that:

   (a) The highest grade of violation is a Grade B violation.

   (b) Defendant's criminal history category is IV.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 12 to 18 months' imprisonment.

5. The parties jointly recommended a sentence of 12 months, 1 day. Defendant requested placement at the BOP, Terre Haute.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 12 Months and 1 day of incarceration with 48 months of supervised release to follow.

Defendant reviewed the above noted conditions with his attorney.

Defendant remains released and is to self-surrender to BOP – Terre Haute as directed by

the U.S. Probation Office. The Magistrate Judge will make a recommendation of placement at the BOP - Terre Haute.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties have 14 days after being served a copy of the report and recommendation to serve and file written objections with the District Judge.

Date: 2/1/2023

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system