UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:10-cr-00003-SEB-MJD |
| | ) | |
| KENNETH JONES, | ) -06 | |
| | ) | |
| Defendant. | ) | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Kellie M. Barr's Report and Recommendation that Kenneth Jones's supervised release be revoked, pursuant to Title 18, U.S.C. §3401(i) and Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of 12 months and one in the custody of the Attorney General or his designee, with 36 months of supervised release to follow. The Court recommends placement at FCI – Terre Haute and any available drug treatment therapy while Defendant is incarcerated.

**SO ORDERED.**

Date: 6/20/2025

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

Electronic Notice to USM-C

Electronic Notice to USPO